# LAW OFFICES OF
# DANIEL A. McGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

May 26, 2021

<u>VIA ECF</u>

The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 6/3/2021

Re:   <u>United States of America v. Gene Rodriguez, 15 Cr. 305 (VSB)</u>

Dear Judge Broderick,

    I represent Gene Rodriguez in the above-referenced case. I write to request the Court appoint me to represent Mr. Rodriguez pursuant to the Criminal Justice Act *nunc pro tunc* as of May 19, 2021 for the violation of supervised release hearing that took place on Friday, May 21, 2021.

    I thank the Court for your timely consideration of this request.

Very truly yours,

[signature]

Daniel A. McGuinness